# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PRESTON KENNEDY LEE,** | }<br>} |
| **Plaintiff,** | }<br>} |
| v. | }   Case No.: 2:24-cv-00981-RDP-GMB<br>} |
| **JEFFERSON COUNTY CLERK'S OFFICE, et al.,** | }<br>}<br>} |
| **Defendants.** | } |

## MEMORANDUM OPINION

On December 27, 2024, the Magistrate Judge's Report and Recommendation was entered. (Doc. # 11). The Report and Recommendation recommended that Plaintiff's case be dismissed without prejudice for failure to pay the initial partial filing fee and otherwise failing to comply with the court's orders on multiple occasions. (*Id*. at 2). The parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendation of the Magistrate Judge that all claims in this action be dismissed without prejudice for failure to prosecute.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this January 14, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE